Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com

Attorneys for Plaintiff, MICHELE RICCA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

| | |
|---|---|
| MICHELE RICCA, | Case No.: 2:10-cv-00932 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| ALLIANCE ASSET MANAGEMENT, INC., | |
| Defendant. | |

NOW COMES the Plaintiff, MICHELE RICCA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: August 13, 2010        KROHN & MOSS, LTD.


By: /s/ Mahadhi Corzano          _

   Mahadhi Corzano
   Attorney for Plaintiff

- 1 -

Notice of Settlement

**CERTIFICATE OF SERVICE BY MAIL**

I, Mahadhi Corzano, an attorney, certify that I served a copy of Plaintiff's Notice of Setttlement upon:

Poncin, Michael  S.

 MOSS & BARNETT, PA

4800 Wells Fargo Center

90 South Seventh Street

Minneapolis, MN 55402

PoncinM@moss-barnett.com

By emailing a copy to the above email address, on August 13, 2010.

                                    /s/ Mahadhi Corzano

                                    Mahadhi Corzano