Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com

Attorneys for Plaintiff, MICHELE RICCA

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| MICHELE RICCA, ) | **Case No.: 2:10-cv-00932** |
| ) | |
| Plaintiff, ) | **VOLUNTARY DISMISSAL** |
| ) | |
| v. ) | |
| ) | |
| ALLIANCE ASSET MANAGEMENT, INC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MICHELE RICCA, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: September 1, 2010                                    KROHN & MOSS, LTD.


                                                            By:/s/ Mahadhi Corzano.
                                                               Mahadhi Corzano
                                                               Attorneys for Plaintiff
                                                               MICHELE RICCA

## CERTIFICATE OF SERVICE BY MAIL

  I, Mahadhi Corzano, an attorney, certify that I served a copy of Plaintiff's Notice of Voluntary Dismissal upon:

Poncin, Michael S.

 MOSS & BARNETT, PA

4800 Wells Fargo Center

90 South Seventh Street

Minneapolis, MN 55402

PoncinM@moss-barnett.com

By emailing a copy to the above email address, on September 1, 2010

                 _/s/ Mahadhi Corzano_____
                 Mahadhi Corzano